Honorable Karen L. Strombom

UNITED STATED DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| EMPLOYEE PAINTERS TRUST HEALTH & WELFARE FUND, WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST, WESTERN WASHINGTON APPRENTICESHIP AND TRAINING TRUST, WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST FUND, INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES PENSION FUND, and INTERNATIONAL BROTHERHOOD OF PAINTERS & ALLIED TRADES UNION & INDUSTRY FUND,<br><br>                    Plaintiffs,<br>vs.<br><br>RELIANCE PAINT CO., LLC, a Washington limited liability company, BRIAN R. BESAW and JANE DOE BESAW, husband and wife and the marital community comprised thereof,<br><br>                      Defendant. | **CAUSE NO**.: MS05-5007<br><br>NOTICE AND ORDER OF VOLUNTARY DISMISSAL OF SUPPLEMENTARY PROCEEDINGS |

TO:    CLERK OF THE COURT

**NOTICE IS HEREBY GIVEN** that Plaintiffs Employee Painters Trust Health & Welfare Fund, Western Washington Painters Defined Contribution Pension Trust, Western

NOTICE & ORDER OF VOL DISMISSAL OF SUPPLEMENTAL
PROCEEDINGS - CASE NO. MS05-5007
PAGE 1 OF 5

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

Washington Apprenticeship and Training Trust, Western Washington Painters Labor Management Cooperation Trust Fund, International Union of Painters & Allied Trades Pension Fund, and International Brotherhood of Painters & Allied Trades Union & Industry Fund voluntarily dismiss the above-entitled supplemental action against Defendants Reliance Paint Co., LLC, a Washington limited liability company, Brian R. Besaw and Jane Doe Besaw, husband and wife and the marital community comprised thereof.

**ORDER**

**IT IS HEREBY ORDERED** that the above-entitled action against Defendants Reliance Paint Co., LLC, a Washington limited liability company, Brian R. Besaw and Jane Doe Besaw, husband and wife and the marital community comprised thereof, shall be and hereby is dismissed.

DATED this 30th day of November, 2005.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

Presented by:

s/Robert A. Bohrer
WSBA #5050
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA  98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: r.bohrer@ekmanbohrer.com
Attorney for Plaintiffs

NOTICE & ORDER OF VOL DISMISSAL OF SUPPLEMENTAL PROCEEDINGS - CASE NO. MS05-5007
PAGE 2 OF 5

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

S:\Collections\WWP-3410\Pleadings\2005\Reliance Paint USDC Exam Dismissal.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

NOTICE & ORDER OF VOL DISMISSAL OF SUPPLEMENTAL
PROCEEDINGS - CASE NO. MS05-5007
PAGE 3 OF 5

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

CERTIFICATE OF MAILING

I hereby certify that on 11/30/2005, I electronically filed:

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following person(s):

    None.

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

    None.

Dated:  November 30, 2005.

    s/Robert A. Bohrer
    WSBA #5050
    Ekman, Bohrer & Thulin, P.S.
    220 W. Mercer, Ste. 400
    Seattle, WA  98119
    Telephone: (206) 282-8221
    Fax: (206) 285-4587
    E-mail: r.bohrer@ekmanbohrer.com
    **Attorneys for:  Plaintiff(s)**

S:\Collections\WWP-3410\Pleadings\2005\Reliance Paint USDC Exam Dismissal.doc

NOTICE & ORDER OF VOL DISMISSAL OF SUPPLEMENTAL PROCEEDINGS - CASE NO. MS05-5007
PAGE 4 OF 5

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

NOTICE & ORDER OF VOL DISMISSAL OF SUPPLEMENTAL
PROCEEDINGS - CASE NO. MS05-5007
PAGE 5 OF 5

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587